740.

the Tenth Circuit denied. *Mr. Wesley E. Disney* for petitioners. No appearance for respondents.

No. 786. ELIE SHEETZ CANDIES CO. *v.* O'CONNELL, RECEIVER, ET AL. April 29, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Harry C. Barnes* for petitioner. *Mr. Henry O. Nickel* for respondents.

No. 794. ELLIOTT *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wm. Wolff Smith* for petitioner. *Solicitor General Reed* and *Messrs. Will G. Beardslee* and *Wilbur C. Pickett* for the United States.

No. 798. HOWARD ET AL. *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William F. Waugh* for petitioners. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 800. BURKE-DIVIDE OIL CO. *v.* NEAL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Henry M. Ward* and *John T. Beasley* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.